current terms of fifteen, fifteen, and seven years, respectively.

Judgment affirmed. Rule 30.25(b).

tional institution, a violation of § 217.360.-1(1), RSMo 1978.

Affirmed. Rule 30.25(b).

Joy CLARK, Respondent,

v.

SKAGGS COMPANIES, INC., Appellant.

No. WD 38081.

Missouri Court of Appeals,
Western District.

Dec. 9, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

STATE of Missouri, Respondent,

v.

William DOIRON, Appellant.

No. WD 38007.

Missouri Court of Appeals,
Western District.

Dec. 9, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Feb. 3, 1987.

Application to Transfer Denied
March 17, 1987.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from convictions by a jury of two counts of possession of a controlled substance while on the premises of a correc-

